# IN THE SUPREME COURT OF TEXAS

-- -- -- --

NO. 20-0230

ANNE JANAI AND NEBO & FINCH, INC.

v.

SANFORD ROSE ASSOCIATES INTERNATIONAL, INC.

§
§
§
§
§
§
§
§

Collin County,

5th District.

July 31, 2020

Petitioners' petition for review, filed herein in the above numbered and styled case, having been duly considered, is ordered, and hereby is, denied.

★ ★ ★ ★ ★ ★ ★ ★ ★

I, BLAKE A. HAWTHORNE, Clerk of the Supreme Court of Texas, do hereby certify that the above is a true and correct copy of the orders of the Supreme Court of Texas in the case numbered and styled as above, as the same appear of record in the minutes of said Court under the date shown.

It is further ordered that petitioners, ANNE JANAI AND NEBO & FINCH, INC., pay all costs incurred on this petition.

WITNESS my hand and seal of the Supreme Court of Texas, at the City of Austin, this the 4th day of September, 2020.



Blake A. Hawthorne, Clerk

By Monica Zamarripa, Deputy Clerk